IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LONNIE L. WILSEY, SR.,

    Plaintiff,

vs.                                  CASE NO. 1:03CV64-MMP/AK

LEVY COUNTY JAIL, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

In an order dated August 16, 2004, Plaintiff was directed to file an amended complaint by September 13, 2004. (Doc. 19). When no amended pleading was filed, an Order to Show Cause why this case should not be dismissed was entered directing that Plaintiff respond on or before April 28, 2005. (Doc. 21). To date, Plaintiff has failed to comply with that order or otherwise communicate with the Court regarding his lawsuit.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

05 JUN 17 PM 3: 10

FILED

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court.

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 17th Day of June, 2005.

ALLAN KORNBLUM
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv64-MMP/AK